Date: 12/08/09

# DIVIDENDS REMITTED TO THE COURT
Check Number 113 Dated 12/08/09
Case Number 09-13609 - FELCIANO, JR., ANGEL V

Page:

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **NCO PORTFOLIO MANAGEMENT** | 000013 | **123.58** | 4.16 |
| **c/o BECKET AND LEE LLP** | | | |
| **PO Box 3001** | | | |
| **MALVERN PA 19355-0701** | | | |

CK# 113

---------- Remittance Total ----------

| | | 123.58 | 4.16 |

DAVID O. SIMON, TRUSTEE

FILED
CLERK U S BANKRUPTCY COURT
09 DEC -9 AM 10:47
NORTHERN DISTRICT OF OHIO
CLEVELAND